RECEIVED
JUL 2 1 2017
COCKE COUNTY
CIRCUIT COURT

CIRCUIT COURT
FILED
JUL 2 1 2017 CF
PEGGY W. LANE
CIRCUIT COURT CLERK
Cocke County, TN

IN THE CIRCUIT COURT OF COCKE COUNTY, TENNESSEE
AT NEWPORT

| | |
|---|---|
| LARRY EUGENE PUCKETT and, <br> JANIE L. TARBOX <br> Plaintiffs, <br><br> vs. <br><br> SADDLE CREEK CORPORATION, INC., d/b/a <br> SADDLE CREEK TRANSPORTATION and <br> ANTHONY G. THOMPSON <br> Defendants. | FILE NO.: 34,604-III |

## COMPLAINT

Comes the plaintiff and for cause of civil action would respectfully show this Honorable Court that:

1.  Plaintiff Larry Puckett resides at 881 Littlejohn Road, Jonesville, South Carolina 39253.

2.  Plaintiff Janie L. Tarbox resides at 610 Lakeview Road, Newberry, South Carolina, 29108.

3.  Defendant Anthony Gilbert Thompson resides at 6118 Vanderhorst Drive, Concord, North Carolina 28025.

4.  Defendant Saddle Creek Corporation, is an entity incorporated in the state of Florida with an address 3010 Saddle Creek Road, Lakeland, Florida, and operates a division of said corporation under the name of Saddle Creek Transportation.

5.  Defendant Saddle Creek's registered agent for service of process is identified by the Florida Secretary of State's website as Putnam, Thomas BJR, 242 West Ventral Ave., Post Office Drawer 7608, Winter Haven, Florida 33883-7608.

6. On July 24, 2016, plaintiff Larry Puckett was traveling westbound on Interstate 40 near mile marker 437 in Cocke County, Tennessee, when his vehicle ran out of gas.

7. Plaintiff had come to a stop on or near the shoulder of the road when defendant Anthony G. Thompson, driving a semi-trailer truck owned by defendant Saddle Creek Corporation, violently sideswiped the Plaintiff and Plaintiff's car.

3. Upon information and belief, Defendant Anthony G. Thompson was acting within the course and scope of his employment with the Defendant Saddle Creek Transportation.

4. Plaintiff Larry Puckett was struck in the body and head and was knocked unconscious in the crash. He was airlifted to Johnson City Medical Center where was treated for injuries and admitted to the hospital overnight.

7. The vehicle driven by the Plaintiff Larry Puckett was owned by his sister, Plaintiff Janie Tarbox. It was totaled in the crash.

8. At the time of the wreck there were no apparent hazards on the roadway where the impact occurred; the light conditions were good in that the sun was just rising; the weather conditions were clear, and the roadway was straight.

11. Plaintiff charges Defendants with negligence and negligence *per se,* in violation of Tenn. Code Ann. § 55-8-103, Tenn. Code Ann. § 55-8-130, Tenn. Code Ann. § 55-8-136 in causing the crash.

12. Plaintiff charges Defendants' negligence was a proximate cause of Plaintiffs' injuries to property and person.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

1. That process issue and be served upon the defendants;

2. That a jury of twelve (12) persons try this cause;

3. That plaintiff Larry Puckett be granted judgment for compensatory damages for injuries to body and mind accordingly to the proof of the same;

4. That Plaintiff Janie Tarbox be granted judgment for compensatory damages for damages to her property accordingly to the proof of the same;

5. That the costs in this cause be taxed to the defendants;

6. For such other further and general relief as this Court may deem proper and just.

Respectfully submitted,
THE HAWKINS LAW FIRM, PLLC

By: _____
Travis Hawkins, Esq., BPR No. 17395
Attorney for Plaintiffs
travis@travishawkins.com
340 21st Ave. North
Nashville, Tennessee 37203
(615) 599-1010
(615) 599-1091 (facsimile)